AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

Tyler Bradley Dykes

*Defendant*

Case: 1:23-mj-168
Assigned To: Magistrate Judge Zia M. Faruqui
Assign. Date: 7/14/2023
Description: Complaint with Arrest Warrant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Tyler Bradley Dykes__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions;
18 U.S.C. § 1752(a)(4) - knowingly engage in any act of physical violence against any person or property in any restricted building or grounds; or attempt or conspire to do so;
18 U.S.C. § 1752(b)(1)(A) - The person, during and in relation to the offense, uses or carries a deadly or dangerous weapon or firearm;
18 U.S.C. § 231(a)(3) - unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function;
18 U.S.C. §111(a)(1) - forcibly assault, resist, oppose, impede, intimidate, or interfere with certain designated individuals, or to aid, abet, counsel, command, induce, or procure the commission of such offenses;
40 U.S.C. §§ 5104(e)(2)(D) - utter loud, threatening, or abusive language, or engages in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress;
40 U.S.C. §§ 5104(e)(2)(F) - engage in any act of physical violence in the Grounds or any of the Capitol Buildings;
40 U.S.C. §§ 5104(e)(2)(G) - parade, demonstrate, or picket in any of the Capitol Buildings.

Date: __07/14/2023__

2023.07.14
12:35:35
-04'00'

*Issuing officer's signature*

City and state: __Washington, D.C.__   __Zia M. Faruqui, U.S. Magistrate Judge__
*Printed name and title*

---

### Return

This warrant was received on *(date)* __7/14/2023__, and the person was arrested on *(date)* __7/17/2023__
at *(city and state)* _____

Date: __7/17/2023__

*Arresting officer's signature*

__Cary R. Davis TFO__
*Printed name and title*